**United States Bankruptcy Court**
**CENTRAL DISTRICT OF CALIFORNIA**
**RIVERSIDE DIVISION**

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| **Eid-Brooks, Ann Lee** | **Brooks, Jr., Darrell Edward** |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|
| **aka Ann Eid; aka Ann Brooks; aka Ann L Brooks** | **aka Darrell E Brooks, Jr.** |

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **xxx-xx-0463** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **xxx-xx-7863** |
|---|---|

| Street Address of Debtor (No. and Street, City, and State): | Street Address of Joint Debtor (No. and Street, City, and State): |
|---|---|
| **26469 Arboretum Way, #3402** **Murrieta, CA** | **26469 Arboretum Way, #3402** **Murrieta, CA** |
| ZIP CODE **92563** | ZIP CODE **92563** |

| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
|---|---|
| **Riverside** | **Riverside** |

| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
|---|---|
| **30724 Benton Road, #C302-568** **Winchester, CA** | **30724 Benton Road, #C302-568** **Winchester, CA** |
| ZIP CODE **92596** | ZIP CODE **92596** |

Location of Principal Assets of Business Debtor (if different from street address above):

ZIP CODE

### Type of Debtor
(Form of Organization)
(Check one box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

### Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Tax-Exempt Entity
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

### Filing Fee (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| [ ] 1-49 | [ ] 50-99 | [x] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [x] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [x] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): Aurora Le Eid-Brooks |
| *(This page must be completed and filed in every case.)* | **Darrell Edward Brooks, Jr.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed:<br>**None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor   (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐   Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X_____<br><div align="right">Date</div> |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☑   Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

    ☑   Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box.)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

    _____
    (Name of landlord that obtained judgment)

    _____
    (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s): Ann Lee Eid-Brooks
Darrell Edward Brooks, Jr.

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Ann Lee Eid-Brooks
  **Ann Lee Eid-Brooks**

**X** /s/ Darrell Edward Brooks, Jr.
  **Darrell Edward Brooks, Jr.**

  Telephone Number (If not represented by attorney)

  **10/20/2015**
  Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
  (Signature of Foreign Representative)

  _____
  (Printed Name of Foreign Representative)

  _____
  Date

---

**Signature of Attorney***

**X** /s/ Vincent Renda

  **Vincent Renda**          Bar No. **213985**

  **Renda Law Offices, P.C.**
  **600 West Broadway, Suite 400**
  **San Diego, CA 92101**

  Phone No.**(619) 819-0011**   Fax No.**(619) 819-0012**

  10/20/2015

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
  Signature of Authorized Individual

  _____
  Printed Name of Authorized Individual

  _____
  Title of Authorized Individual

  _____
  Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

  _____
  Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2015 (Build 11.2.7.4, ID 3461087586)*

Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY
---|---

VINCENT RENDA, ESQ. (CSB#213985)
RENDA LAW OFFICES, P.C.
600 WEST BROADWAY, SUITE 400, SAN DIEGO, CA   92101

☒ *Attorney for:* Ann Lee Eid-Brooks and Darrell Edward Brooks, Jr.

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re: Ann Lee Eid-Brooks and Darrell Edward Brooks, Jr.

CASE NO.:

CHAPTER: 7

ADV. NO.:

Debtor(s).

## ELECTRONIC FILING DECLARATION
### (INDIVIDUAL)

☒  Petition, statement of affairs, schedules or lists     Date Filed: 10/20/15
☐  Amendments to the petition, statement of affairs, schedules or lists     Date Filed: _____
☐  Other: _____     Date Filed: _____

## PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.  If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney.

_____     10/5/15
Signature of Signing Party             Date

Ann Lee Eid-Brooks
Printed Name of Signing Party

_____     10/5/15
Signature of Joint Debtor (if applicable)     Date

Darrell Edward Brooks, Jr.
Printed Name of Joint Debtor (if applicable)

## PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that:  (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the *Declaration of Debtor(s) or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document available for review upon request of the Court or other parties.  If the Filed Document is a petition, I further declare under penalty of perjury that:  (1) the Signing Party completed and signed the *Statement of Social Security Number(s)* (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement of Social Security Number(s)* (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement of Social Security Number(s)* (Form B21) available for review upon request of the Court.

_____     10/5/15
Signature of Attorney for Signing Party     Date

VINCENT RENDA
Printed Name of Attorney for Signing Party

November 2006 | This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

**B 1D (Official Form 1, Exhibit D) (12/09)**

<div align="center">

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE DIVISION**

</div>

In re:   **Ann Lee Eid-Brooks**                                Case No. _____
        **Darrell Edward Brooks, Jr.**                                        (if known)

        Debtor(s)

<div align="center">

**EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
CREDIT COUNSELING REQUIREMENT**

</div>

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE DIVISION**

In re:  **Ann Lee Eid-Brooks**                                     Case No. _____
         **Darrell Edward Brooks, Jr.**                                                          (if known)

                 Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐  4. I am not required to receive a credit counseling briefing because of:     *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

        ☐  Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

        ☐  Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

        ☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  __**/s/ Ann Lee Eid-Brooks**_____
                                    Ann Lee Eid-Brooks

Date:  ____**10/20/2015**_____

Certificate Number: 02998-CAC-CC-026099692



02998-CAC-CC-026099692

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>August 25, 2015</u>, at <u>2:32</u> o'clock <u>PM EDT</u>, <u>Ann L Brooks</u> received from <u>Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Central District of California</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>August 25, 2015</u>          By:   <u>/s/Paul  Gillioz</u>

                            Name:   <u>Paul  Gillioz</u>

                            Title:   <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### RIVERSIDE DIVISION

In re:  **Ann Lee Eid-Brooks**                              Case No. _____
        **Darrell Edward Brooks, Jr.**                                        (if known)

             Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
# CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09)

<div style="text-align:center">

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**RIVERSIDE DIVISION**

</div>

In re:  **Ann Lee Eid-Brooks**                                                    Case No. _____
        **Darrell Edward Brooks, Jr.**                                                                    (if known)

                    Debtor(s)

<div style="text-align:center">

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

</div>

☐  4. I am not required to receive a credit counseling briefing because of:     *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐  Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

☐  Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Darrell Edward Brooks, Jr.**_____
                            Darrell Edward Brooks, Jr.

Date:      **10/20/2015**_____

Certificate Number: 02998-CAC-CC-026106397



02998-CAC-CC-026106397

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>August 26, 2015</u>, at <u>2:30</u> o'clock <u>PM EDT</u>, <u>Darrell E Brooks</u> received from <u>Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Central District of California</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:    <u>August 26, 2015</u>          By:    <u>/s/Zina  Whitaker</u>

Name:    <u>Zina  Whitaker</u>

Title:    <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

## STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    NONE

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    NONE

3.  (If petitioner is a corporation)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    NONE

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    NONE

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at ___Murrieta___ , California

_____
Signature of Debtor

Date: ___10/5/15___

_____
Signature of Joint Debtor

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

B 201 - Notice of Available Chapters (Rev. 11/12)                                    USBC, Central District of California

Name: ___Vincent Renda, Esq._____

Address: ___600 West Broadway, Suite #400_____

San Diego, CA  92101_____

Telephone: ___619-819-0011_____ Fax: ___619-819-0012_____

☑ Attorney for Debtor
☐ Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names, used by Debtor(s) within last 8 years:<br><br>Ann Lee Eid-Brooks and Darrell Edward Brooks, Jr., | Case No.:<br><br>**NOTICE OF AVAILABLE CHAPTERS**<br><br>(Notice to Individual Consumer Debtor Under § 342(b) of the Bankruptcy Code) |

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

1.  **Services Available from Credit Counseling Agencies**

    **With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

    **In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

B 201 - Notice of Available Chapters (Rev. 11/12)                                          USBC, Central District of California

## 2.  The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7:  Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total fee $306)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.
2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.
3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11:  Reorganization ($1167 filing fee, $46 administrative fee: Total fee $1213)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12:  Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3.  Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

B 201 - Notice of Available Chapters (Rev. 11/12)

## Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

_____

Printed name and title, if any, of Bankruptcy Petition Preparer

Social Security number (If the bankruptcy petition Address: preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)

_____

X_____

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

## Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

Ann Lee Eid-Brooks and Darrell Edward Brooks, Jr.
_____

Printed Name(s) of Debtor(s)

Signature of Debtor                              Date    10/5/15

Case No. (if known) _____

X_____

Signature of Joint Debtor (if any)       Date    10/5/15

B 6 Summary (Official Form 6 - Summary) (12/14)

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**RIVERSIDE DIVISION**

In re  **Ann Lee Eid-Brooks**                              Case No.
       **Darrell Edward Brooks, Jr.**

                                                           Chapter    **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $1,522,530.00 | | |
| B - Personal Property | Yes | 5 | $274,647.27 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | $2,378,325.30 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 22 | | $2,460,850.08 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 4 | | | $8,644.99 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 3 | | | $13,220.08 |
| TOTAL | | 43 | $1,797,177.27 | $4,839,175.38 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**RIVERSIDE DIVISION**

In re  **Ann Lee Eid-Brooks**                                    Case No.
       **Darrell Edward Brooks, Jr.**

                                                                Chapter    **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| **TOTAL** | |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14) | |

State the following:

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4.  Total from Schedule F | | |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re  **Ann Lee Eid-Brooks**                                          Case No. _____
       **Darrell Edward Brooks, Jr.**                                                      (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 26469 Aboretum Way, #3402, Murrieta, CA Condomium located at 26469 Aboretum Way, # 3402, Murrieta, CA | Owner | W | $222,340.00 | $114,013.47 |
| 41920 Davenport Way, #B, Murrieta, CA 92562 Condomium located at 41920 Davenport Way, #B, Murrieta, CA 92562 | Owner | W | $203,850.00 | $250,000.00 |
| 2767 E. 3rd Street, #33, Long Beach, CA Condomium located at 2767 E. 3rd Street, #33, Long Beach, CA | Owner | W | $257,000.00 | $541,837.80 |
| 1803 E. Ocean Blvd, #301, Long Beach, CA Condomium located at 1803 E. Ocean Blvd, #301, Long Beach, CA | Owner | W | $427,660.00 | $586,621.31 |
| 36733 Maxmillian Avenue, Murrieta, CA 92563 Single Family residence located at 36733 Maxmillian Avenue, Murrieta, CA | Owner | W | $411,680.00 | $854,172.72 |
| | | Total: | $1,522,530.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re **Ann Lee Eid-Brooks**                                        Case No. _____
    **Darrell Edward Brooks, Jr.**                                               (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash | - | $100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, or homestead associations, or credit unions, brokerage houses, or cooperatives. | | Wells Fargo - Checking - Business Account ending in 6504 | - | $1,105.76 |
| | | Wells Fargo - Checking - Account ending in 5136 | - | $55.38 |
| | | Wells Fargo - Checking - Account ending in 5662 | - | $1,313.23 |
| | | Bank of America - Checking - Account ending in 1752 | - | $628.93 |
| | | JPMorgan Chase Bank - Checking - Account ending in 8072 | - | $500.00 |
| | | JPMorgan Chase Bank - Savings - Account ending in 1372 | - | $0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Ordinary, necessary household goods and furnishings | - | $1,500.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Personal wardrobe | - | $1,000.00 |
| 7. Furs and jewelry. | | Jewelry | - | $1,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Small Firearms | - | $200.00 |

B6B (Official Form 6B) (12/07) - Cont.

In re  **Ann Lee Eid-Brooks**                                    Case No. _____
      **Darrell Edward Brooks, Jr.**                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Term Life Insurance policy with State Farm | - | $0.00 |
| | | Term Life Insurance policy with John Hancock | - | $0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | 401(k) with T. Rowe Price | - | $253,937.97 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Stringer Industries, Inc. | - | $0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Ann Lee Eid-Brooks**                                    Case No. _____
    **Darrell Edward Brooks, Jr.**                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Brooks v. Brooks - Case No: MCC1400446<br>Debtors are Plaintiffs in pending lawsuit on behalf of minor children | - | Unknown |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | C-10 Contractors License | - | $0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

B6B (Official Form 6B) (12/07) - Cont.

In re  **Ann Lee Eid-Brooks**                                    Case No. _____
       **Darrell Edward Brooks, Jr.**                                          (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2015 Acura ILX<br>Interest and Leased Vehicle | - | $0.00 |
| | | 2014 Honda Odyssey<br>Interest and Leased Vehicle | - | $0.00 |
| | | 2014 Honda Accord<br>Fair Condition - 37,100 miles | - | $12,806.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Assorted office equipment, furnishings, supplies, laptop,printer | - | $500.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | | Timeshare with Desert Willow Resort Condo Assoc, Inc. | - | $0.00 |
| | | Timeshare with Carlsbad Inn Beach Resort | - | $0.00 |

B6B (Official Form 6B) (12/07) - Cont.

In re  **Ann Lee Eid-Brooks**                                         Case No.  _____
       **Darrell Edward Brooks, Jr.**                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | The Eid Revocable Family Trust dated December 17, 2002 | - | $0.00 |

_____4_____ continuation sheets attached

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

**Total  >**   **$274,647.27**

B6C (Official Form 6C) (4/13)

In re **Ann Lee Eid-Brooks**　　　　　　　　　　　　　　　　Case No. _____
**Darrell Edward Brooks, Jr.**　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:　　　☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)　　　　　　　　　　　　　　　　　　　　　　　　　$155,675.*

☐ 11 U.S.C. § 522(b)(2)
☒ 11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 26469 Aboretum Way, #3402, Murrieta, CA Condomium located at 26469 Aboretum Way, # 3402, Murrieta, CA | C.C.P. § 704.730 | $100,000.00 | $222,340.00 |
| Wells Fargo - Checking - Business Account ending in 6504 | C.C.P. § 704.070 | $829.32 | $1,105.76 |
| Wells Fargo - Checking - Account ending in 5662 | C.C.P. § 704.080 | $1,313.23 | $1,313.23 |
| JPMorgan Chase Bank - Checking - Account ending in 8072 | C.C.P. § 704.070 | $375.00 | $500.00 |
| Ordinary, necessary household goods and furnishings | C.C.P. § 704.020 | $1,500.00 | $1,500.00 |
| Personal wardrobe | C.C.P. § 704.020 | $1,000.00 | $1,000.00 |
| Jewelry | C.C.P. § 704.040 | $1,000.00 | $1,000.00 |
| Small Firearms | C.C.P. § 704.020 | $200.00 | $200.00 |
| 401(k) with T. Rowe Price | 11 U.S.C. § 522(n) | $253,937.97 | $253,937.97 |
| Assorted office equipment, furnishings, supplies, laptop,printer | C.C.P. § 704.060(a)(1) | $500.00 | $500.00 |
| * Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced  on or after the date of adjustment. | | **$360,655.52** | **$483,396.96** |

In re **Ann Lee Eid-Brooks**                                                                    Case No. _____
      **Darrell Edward Brooks, Jr.**                                                                                        (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**American Honda Finance**<br>**6261 Katella Avenue, Suite 1A**<br>**Cypress, CA 90630** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Vehicle Loan**<br>COLLATERAL:<br>**2014 Honda Accord**<br>REMARKS:<br><br>VALUE: **$12,806.00** | | | | **$31,680.00** | **$18,874.00** |
| ACCT #:<br><br>**Bank of America, NA**<br>**450 American Street**<br>**Simi Valley, CA 93065** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Home Equity Loan**<br>COLLATERAL:<br>**36733 Maxmillian Avenue, Murrieta, CA   92563**<br>REMARKS:<br><br>VALUE: **$411,680.00** | | | | **$100,232.71** | |
| ACCT #:<br><br>**Bank of America, NA**<br>**450 American Street**<br>**Simi Valley, CA 93065** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Mortgage**<br>COLLATERAL:<br>**2767 E. 3rd Street, #33, Long Beach, CA**<br>REMARKS:<br><br>VALUE: **$257,000.00** | | | | **$133,756.80** | |
| ACCT #:<br><br>**Bank of America, NA**<br>**450 American Street**<br>**Simi Valley, CA 93065** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Mortgage**<br>COLLATERAL:<br>**1803 E. Ocean Blvd, #301, Long Beach, CA**<br>REMARKS:<br><br>VALUE: **$427,660.00** | | | | **$178,540.31** | |
| | | | Subtotal (Total of this Page) > | | | | **$444,209.82** | **$18,874.00** |
| | | | Total (Use only on last page) > | | | | | |

_____**2**_____continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re **Ann Lee Eid-Brooks**                                                    Case No. _____
        **Darrell Edward Brooks, Jr.**                                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Bank of America, NA**<br>**450 American Street**<br>**Simi Valley, CA 93065** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Mortgage**<br>COLLATERAL:<br>**26469 Aboretum Way, #3402, Murrieta, CA**<br>REMARKS:<br><br>VALUE: **$222,340.00** | | | | **$114,013.47** | |
| ACCT #:<br><br>**Nationstar Mortgage**<br>**PO Box 199111**<br>**Dallas, TX 75219** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Mortgage**<br>COLLATERAL:<br>**36733 Maxmillian Avenue, Murrieta, CA  92563**<br>REMARKS:<br><br>VALUE: **$411,680.00** | | | | **$336,722.00** | **$25,274.71** |
| ACCT #:<br><br>**Onesource Distributors LLC**<br>**3951 Oceanic Drive**<br>**Oceanside, CA 92056** | X | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Business Obligation**<br>COLLATERAL:<br>**2767 E. 3rd Street, #33, Long Beach, CA**<br>REMARKS:<br><br>VALUE: **$257,000.00** | | | | **$408,081.00** | **$284,837.80** |
| ACCT #:<br><br>**Onesource Distributors LLC**<br>**3951 Oceanic Drive**<br>**Oceanside, CA 92056** | X | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Business Obligation**<br>COLLATERAL:<br>**36733 Maxmillian Avenue, Murrieta, CA  92563**<br>REMARKS:<br><br>VALUE: **$411,680.00** | | | | **$408,081.00** | **$408,081.00** |

Sheet no. ____**1**____ of ____**2**____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) > | **$1,266,897.47** | **$718,193.51**

Total (Use only on last page) >

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re **Ann Lee Eid-Brooks**        Case No. _____
**Darrell Edward Brooks, Jr.**                                (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Onesource Distributors LLC**<br>**3951 Oceanic Drive**<br>**Oceanside, CA 92056** | X | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Business Obligation**<br>COLLATERAL:<br>**1803 E. Ocean Blvd, #301, Long Beach, CA**<br>REMARKS:<br><br><br>VALUE: **$427,660.00** | | | | $408,081.00 | $158,961.31 |
| ACCT #:<br><br>**Peggy Marshall**<br>**22931 Banbury Court**<br>**Murrieta, CA 92562** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Loan**<br>COLLATERAL:<br>**41920 Davenport Way, #B, Murrieta, CA  92562**<br>REMARKS:<br><br><br>VALUE: **$203,850.00** | | | | $250,000.00 | $46,150.00 |
| ACCT #:<br><br>**Riverside County**<br>**Don Kent, Treasurer**<br>**4080 Lemon Street, lst Fl.**<br>**Riverside, CA 92502** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Property Taxes**<br>COLLATERAL:<br>**36733 Maxmillian Avenue, Murrieta, CA  92563**<br>REMARKS:<br><br><br>VALUE: **$411,680.00** | | | | $9,137.01 | $9,137.01 |
| | | | | | | | | |

Sheet no. ___**2**___ of ___**2**___ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | |
|---|---|
| Subtotal (Total of this Page) > | $667,218.01 | $214,248.32 |
| Total (Use only on last page) > | $2,378,325.30 | $951,315.83 |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (04/13)

In re  **Ann Lee Eid-Brooks**                                                    Case No. _____
        **Darrell Edward Brooks, Jr.**                                                                    (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**No**_____continuation sheets attached

B6F (Official Form 6F) (12/07)

In re **Ann Lee Eid-Brooks**  Case No. _____
**Darrell Edward Brooks, Jr.**                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **Advanced Financial Company** <br> PO Box 96477 <br> Las Vegas, NV 89193 | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Assessments/Carlsbad Inn Beach Resort** <br> REMARKS: | | | | $744.39 |
| ACCT #: <br> **Aetna Inc.** <br> PO Box 2321 <br> Blue Bell, PA 19422 | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Business Obligation** <br> REMARKS: | | | | $6,748.60 |
| ACCT #: <br> **All Star Glass** <br> 1845 Morena Blvd <br> San Diego, CA 92110 | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: <br> **American Contractors Indemnity** <br> 601 S. Figueroa Street <br> Los Angeles, CA 90017 | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: <br> **American Express** <br> PO Box 981537 <br> El Paso, TX 79998 | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | | $29,713.00 |
| ACCT #: <br> **American Express** <br> PO Box 981537 <br> El Paso, TX 79998 | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | | $15,200.40 |

Subtotal > $52,406.39

_____21_____ continuation sheets attached

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Ann Lee Eid-Brooks**          Case No. _____
     **Darrell Edward Brooks, Jr.**                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **Amex/DSNB** <br> **PO Box 17759** <br> **Clearwater, FL 33762** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | | **$1,800.00** |
| ACCT #: <br> **Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP** <br> **199 S. Los Robles, Suite 600** <br> **Pasadena, CA 91101** <br> **Attention:  Dean G. Rallis, Jr., Esq.** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Business Obligation** <br> REMARKS: | | | | **$48,285.00** |
| ACCT #: <br> **Aramark** <br> **PO Box 101179** <br> **Pasadena, CA 91189** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Business Obligation** <br> REMARKS: | | | | **$297.13** |
| ACCT #: <br> **Asbury Environmental Services** <br> **1300 S. Santa Fe Avenue** <br> **Compton, CA 90221** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: <br> **AT&T** <br> **PO Box 1809** <br> **Paramus, NJ 07653** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Business Obligation** <br> REMARKS: | | | | **$1,622.83** |
| ACCT #: <br> **Avalon** <br> **1339 South Allec Street** <br> **Anaheim, CA 92805** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | **Notice Only** |

Sheet no. _____1_____ of _____21_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >          **$52,004.96**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Ann Lee Eid-Brooks**     Case No. _____
    **Darrell Edward Brooks, Jr.**                         (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Bank of America**<br>**PO Box 982235**<br>**El Paso, TX 79998** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$14,296.00** |
| ACCT #:<br>**Bank of America**<br>**PO Box 982235**<br>**El Paso, TX 79998** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$15,433.00** |
| ACCT #:<br>**Barclays Bank of Delaware**<br>**PO Box 8803**<br>**Wilmington, DE 19899** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$16,465.00** |
| ACCT #:<br>**Blueline Rental LLC**<br>**c/o Scott A. Schaelen, Esq.**<br>**Walters Townsend & Schaelen, APLC**<br>**411 Camino Del Rio S, #202**<br>**San Diego, CA 92108** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Blueline Rental, LLC**<br>**PO Box 840062**<br>**Dallas, TX 75284** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Obligation**<br>REMARKS: | | | | **$296,344.67** |
| ACCT #:<br>**Car Coat Paint**<br>**1318 Mission Road**<br>**Escondido, CA 92029** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ___**2**___ of ___**21**___ continuation sheets attached to           **Subtotal >** | **$342,538.67**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                             **Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Ann Lee Eid-Brooks**         Case No. _____
       **Darrell Edward Brooks, Jr.**               (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Carlsbad Inn Beach Resort**<br>**5900 Pasteur Court, Suite 200**<br>**Carlsbad, CA 92008** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Chase**<br>**PO Box 15298**<br>**Wilmington, DE 19850** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$3,236.00** |
| ACCT #:<br>**Citicards**<br>**PO Box 6241**<br>**Sioux Falls, SD 57117** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$6,794.00** |
| ACCT #:<br>**Comenity Bank/New York & Co.**<br>**PO Box 182789**<br>**Columbus, OH 43218** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$500.00** |
| ACCT #:<br>**Comenity Bank/Victorias Secret**<br>**PO Box 182789**<br>**Columbus, OH 43218** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$500.00** |
| ACCT #:<br>**Consolidated Electrical Distributors, In**<br>**41979 Rio Nedo**<br>**Temecula, CA 92590** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Obligation**<br>REMARKS: | | | | **$63,760.15** |

Sheet no. ____3____ of ____21____ continuation sheets attached to       Subtotal >    **$74,790.15**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                          **Total >**
            **(Use only on last page of the completed Schedule F.)**
      **(Report also on Summary of Schedules and, if applicable, on the**
       **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Ann Lee Eid-Brooks**       Case No. _____
     **Darrell Edward Brooks, Jr.**           (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Contractors State License Board**<br>**9821 Business Park Drive**<br>**Sacramento, CA 95827** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Corporation Service Company**<br>**PO Box 2576**<br>**Springfield, IL 62708** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Cresent Supply**<br>**295 Hill Drive**<br>**San Marcos, CA 92078** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**CSNK Working Capital Finance Corp**<br>**2933 Bunker Hill Lane, Suite 210**<br>**Santa Clara, CA 95054** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Cummins**<br>**3061 South Riverside Avenue**<br>**Bloomington, CA 92316** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Obligation**<br>REMARKS: | | | | **$37,327.05** |
| ACCT #:<br>**Dan Black**<br>**Brennan & Clark Ltd.**<br>**721 E. Madison, Suite 200**<br>**Villa Park, IL 60181** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ____**4**____ of ____**21**____ continuation sheets attached to         **Subtotal >** | **$37,327.05**

Schedule of Creditors Holding Unsecured Nonpriority Claims

             **Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ann Lee Eid-Brooks**    Case No. _____
      **Darrell Edward Brooks, Jr.**                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Desert Willow Resort Condominium Association, Inc.**<br>**Attn:  Association Management**<br>**9002 San Marco Court**<br>**Orlando, FL 32819** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Discover Financial Services LLC**<br>**PO Box 15316**<br>**Wilmington, DE 19850** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$4,059.00** |
| ACCT #:<br>**Ditty Containers**<br>**2226 N. Rosemead Blvd,**<br>**South El Monte, CA 91733** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Downs Energy**<br>**1296 Magnolia Avenue**<br>**Corona, CA 92879** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Obligation**<br>REMARKS: | | | | **$12,075.95** |
| ACCT #:<br>**Dun Edwards**<br>**4885 East 52nd Street**<br>**Los Angeles, CA 90058** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Eagle RD Service**<br>**3011 E. La Cadena**<br>**Riverside, CA 92507** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ____**5**____ of ____**21**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$16,134.95**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Ann Lee Eid-Brooks**                                    Case No. _____
**Darrell Edward Brooks, Jr.**                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**ESBF California LLC**<br>**c/o The Guerrini Law Firm**<br>**106 South Mentor Avenue**<br>**Suite 150**<br>**Pasadena, CA 91106** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Obligation**<br>REMARKS: | | | | $170,000.00 |
| ACCT #:<br>**Evalon**<br>**7300 Chapman Hwy**<br>**Knoxville, TN 37920** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Fast Track**<br>**c/o The Guerrini Law Firm**<br>**106 South Mentor Avenue**<br>**Suite 150**<br>**Pasadena, CA 91106** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Ferguson Enterprise**<br>**43244 Rancho Way**<br>**Temecula, CA 92590** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Financial Indemnity**<br>**PO Box 660420**<br>**Dallas, TX 75266** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Fora Financial West, LLC**<br>**242 W. 36th Street, 14th Fl.**<br>**New York, NY 10018** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Obligation**<br>REMARKS: | | | | $52,479.07 |

Sheet no. ____**6**____ of ____**21**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | |
|---|---|
| Subtotal > | $222,479.07 |
| Total > | |
| (Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the<br>Statistical Summary of Certain Liabilities and Related Data.) | |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ann Lee Eid-Brooks**                              Case No. _____
      **Darrell Edward Brooks, Jr.**                         (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Frazee**<br>**27355 Jefferson Avenue**<br>**Temecula, CA 92590** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Frome Developments**<br>**151 Kalmus Drive, #F-2**<br>**Costa Mesa, CA 92626** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Obligation**<br>REMARKS: | | | | **$5,280.00** |
| ACCT #:<br>**Gallagher Rental Inc.**<br>**15701 Heron Avenue**<br>**La Mirada, CA 90638** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Obligation**<br>REMARKS: | | | | **$25,600.00** |
| ACCT #:<br>**GECRB/Sams Club**<br>**4125 Windward Plaza**<br>**Alpharetta, GA 30005** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$3,747.00** |
| ACCT #:<br>**Gen Services**<br>**10255 Philadelphia Court**<br>**Rancho Cucamonga, CA 91730** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Obligation**<br>REMARKS: | | | | **$200,000.00** |
| ACCT #:<br>**Glass Doctor**<br>**26019 Jefferson Avenue, #E**<br>**Murrieta, CA 92562** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ____7____ of ____21____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                    **Subtotal >**        **$234,627.00**

                                    **Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Ann Lee Eid-Brooks**      Case No. _____
    **Darrell Edward Brooks, Jr.**                          (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Glovalink**<br>**11637 Los Nietos Road**<br>**Santa Fe Springs, CA 90670** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Grandlite**<br>**505 South Yorbita Road**<br>**City of Industry, CA 91744** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Hanks Hardware**<br>**41740 Enterprise Circle South**<br>**Temecula, CA 92590** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Obligation**<br>REMARKS: | | | | **$1,032.66** |
| ACCT #:<br>**HCC Surety Group**<br>**601 S. Figueroa Street**<br>**Suite 1600**<br>**Los Angeles, CA 90017** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Obligation**<br>REMARKS: | | | | **$12,500.00** |
| ACCT #:<br>**HCS Electrical Supply**<br>**4640 South Decatur Blvd**<br>**Las Vegas, NV 89103** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Hillcrest, Davidson & Associates**<br>**715 N. Glenville Drive, #450**<br>**Richardson, TX 75081** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ____**8**____ of ____**21**____ continuation sheets attached to                         **Subtotal >**     **$13,532.66**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                           **Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Ann Lee Eid-Brooks**     Case No. _____
    **Darrell Edward Brooks, Jr.**        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **Hitachi Capital** <br> **800 Connecticut Avenue** <br> **Norwalk, CT 06854** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Business Obligation** <br> REMARKS: | | | | **$192,775.00** |
| ACCT #: <br> **Holographics** <br> **41695 Date Street, Suite B** <br> **Murrieta, CA 92562** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: <br> **HUB** <br> **41550 Reagan Way** <br> **Murrieta, CA 92562** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Business Obligation** <br> REMARKS: | | | | **$1,198.89** |
| ACCT #: <br> **HUB Construction Specialities, Inc.** <br> **PO Box 1269** <br> **San Bernardino, CA 92402** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Business Obligation** <br> REMARKS: | | | | **$72.90** |
| ACCT #: <br> **Illumination** <br> **13571 Vaughn Street, #D** <br> **San Fernando, CA 91340** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Business Obligation** <br> REMARKS: | | | | **$1,636.00** |
| ACCT #: <br> **IPFS Corp** <br> **24711 Network Place** <br> **Chicago, IL 60673** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | **Notice Only** |

Sheet no. ___**9**___ of ___**21**___ continuation sheets attached to            Subtotal > | **$195,682.79**

Schedule of Creditors Holding Unsecured Nonpriority Claims

Total > |

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Ann Lee Eid-Brooks**       Case No. _____
     **Darrell Edward Brooks, Jr.**               (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Joel Bordes**<br>**Truax Group, Inc.**<br>**41923 2nd Street, #403**<br>**Temecula, CA 92590** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Obligation**<br>REMARKS: | | | | **$9,000.00** |
| ACCT #:<br>**John Lockwood, Esq.**<br>**Kearns, Brinen & Monaghan**<br>**20 E. Division Street**<br>**Dover, DE 19901** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Johnson Cat**<br>**800 E. La Cadena**<br>**Riverside, CA 92502** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Kevin A. Lipeles, Esq.**<br>**Lipeles Law Group, APC**<br>**880 Apollo Street, Suite 336**<br>**El Segundo, CA 90245** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**King Equipment LLC**<br>**1080 E. Ontario Blvd**<br>**Ontario, CA 91761** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Obligation**<br>REMARKS: | | | | **$84,614.14** |
| ACCT #:<br>**Kohls/Capital One**<br>**PO Box 3115**<br>**Milwaukee, WI 53201** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$800.00** |

Sheet no. ____**10**____ of ____**21**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                         Subtotal >      **$94,414.14**

                         Total >
    **(Use only on last page of the completed Schedule F.)**
    **(Report also on Summary of Schedules and, if applicable, on the**
    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Ann Lee Eid-Brooks**      Case No. _____
**Darrell Edward Brooks, Jr.**                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Kress Xpress Transportation, Inc.**<br>**PO Box 1090**<br>**Chino Hills, CA 91709** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Judgment/Business Obligation**<br>REMARKS: | | | | **$4,017.30** |
| ACCT #:<br>**Lakewood Pipe**<br>**10027 Artesia Blvd**<br>**Bellflower, CA 90706** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Lieberg Oberhansley & Strohmeyer LLP**<br>**41911 Fifth Street, Suite 300**<br>**Temecula, CA 92590**<br>**Attn:  Phil Oberhansley, Esq.** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Obligation**<br>REMARKS: | | | | **$10,600.00** |
| ACCT #:<br>**Lonie & Hornback**<br>**41951 Remington Avenue, #270**<br>**Temecula, CA 92590** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Luftman, Heck & Associates, LLP**<br>**1958 Sunset Cliff Blvd**<br>**San Diego, CA 92107**<br>**Attention:  Drew T. Hill** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Macys**<br>**PO Box 8218**<br>**Mason, OH 45040** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Obligation**<br>REMARKS: | | | | **$1,800.00** |

Sheet no. ___**11**___ of ____**21**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >      **$16,417.30**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Ann Lee Eid-Brooks**                                          Case No. _____
 **Darrell Edward Brooks, Jr.**                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Mark A. Kirkorsky, Esq.**<br>**Mark A. Kirkorsky, P.C.**<br>**PO Box 25287**<br>**Tempe, AZ 85285** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Meridan**<br>**41765 Rider Way**<br>**Temecula, CA 92590** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Michael I. Wayne, Esq.**<br>**Gibbs Giden Locher Turner**<br>**Senet & Wittbrodt LLP**<br>**1880 Century Park East, 12th Fl.**<br>**Los Angeles, CA 90067** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Mike Lapaglia**<br>**PO Box 36**<br>**Warren, ID 83671** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Obligation**<br>REMARKS: | | | | **$9,000.00** |
| ACCT #:<br>**MSI Production**<br>**10895 Thornmint Road, Suite A**<br>**San Diego, CA 92127** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**NAPA**<br>**41457 Sanborn Avenue**<br>**Temecula, CA 92590** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Obligation**<br>REMARKS: | | | | **$4,030.60** |

Sheet no. ____**12**____ of ____**21**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$13,030.60**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Ann Lee Eid-Brooks**                                          Case No. _____
**Darrell Edward Brooks, Jr.**                                                      (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**National**<br>**1550 East Chestnut Avenue**<br>**Santa Ana, CA 92701** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Obligation**<br>REMARKS: | | | | $975.24 |
| ACCT #:<br>**Nedco**<br>**4200 W. Spring Mountain Road**<br>**Las Vegas, NV 89102** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Neff Rentals Corporation**<br>**6252 South Rainbow, Suite 120**<br>**Las Vegas, NV 89118** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Obligation**<br>REMARKS: | | | | $86,375.43 |
| ACCT #:<br>**New Era Lending LLC**<br>**North Orange Street, Suite 762**<br>**Wilmington, DE 19801** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Obligation**<br>REMARKS: | | | | $9,000.00 |
| ACCT #:<br>**Office Depot**<br>**PO Box 630813**<br>**Cincinnati, OH 45263** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Obligation**<br>REMARKS: | | | | $850.03 |
| ACCT #:<br>**Orange Coast**<br>**1015 North Parker Street**<br>**Orange, CA 92867** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ___**13**___ of ___**21**___ continuation sheets attached to                                         Subtotal >          $97,200.70
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ann Lee Eid-Brooks**  Case No. _____
**Darrell Edward Brooks, Jr.**  (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **Pacific Western Bank** <br> **Cardmember Services** <br> **PO Box 6353** <br> **Fargo, ND 58125** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Business Obligation** <br> REMARKS: | | | | $25,054.14 |
| ACCT #: <br> **Pamela J. Scholefield, Esq.** <br> **Scholefield Construction Law** <br> **10815 Rancho Bernardo Road** <br> **Suite 105** <br> **San Diego, CA 92127** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: <br> **Paradise** <br> **27360 Ynez Road** <br> **Temecula, CA 92591** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Business Obligation** <br> REMARKS: | | | | $270.52 |
| ACCT #: <br> **Paradise Chevy** <br> **27360 Ynez Road** <br> **Temecula, CA 92591** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: <br> **Penhall** <br> **16401 Construction Circle West** <br> **Irvine, CA 92606** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: <br> **Penske** <br> **PO Box 827380** <br> **Philadelphia, PA 19182** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Business Obligation** <br> REMARKS: | | | | $6,000.00 |

Sheet no. ___**14**___ of ___**21**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $31,324.66

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Ann Lee Eid-Brooks**                                          Case No. _____
     **Darrell Edward Brooks, Jr.**                                                (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Petes Road Service, Inc.**<br>**2230 East Orangethorpe Avenue**<br>**Fullerton, CA 92831** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Obligation**<br>REMARKS: | | | | **$1,918.35** |
| ACCT #:<br>**Pine Tree Lumber Co., LP**<br>**707 North Andreasen Drive**<br>**Escondido, CA 92029** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Judgment/Business Obligation**<br>REMARKS: | | | | **$3,884.76** |
| ACCT #:<br>**Postal Anex**<br>**30724 Benton Road, #C302**<br>**Winchester, CA 92596** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Power Trip Rentals, LLC**<br>**2501 Orange Avenue**<br>**Signal Hill, CA 90755** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Obligation**<br>REMARKS: | | | | **$216,367.48** |
| ACCT #:<br>**Pro One Stage**<br>**2080 E. Central Avenue, #A**<br>**Duarte, CA 91010** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Obligation**<br>REMARKS: | | | | **$6,150.00** |
| ACCT #:<br>**Prolien Services**<br>**7801 Mission Center Court**<br>**Suite 410**<br>**San Diego, CA 92108** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Obligation**<br>REMARKS: | | | | **$1,555.56** |

Sheet no. ___**15**___ of ___**21**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$229,876.15**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Ann Lee Eid-Brooks**                                  Case No. _____
      **Darrell Edward Brooks, Jr.**                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Protect America Standard**<br>**3800 Quick Hill Road, #1-100**<br>**Austin, TX 78728** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Obligation**<br>REMARKS: | | | | $569.81 |
| ACCT #:<br>**Riverside County Sheriff's Office**<br>**Sheriff's Civil Division - Central**<br>**30755-D Auld Road, Suite L067**<br>**Murrieta, CA 92563** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Robert J. Stroj, Esq.**<br>**Lanak & Hanna**<br>**625 The City Drive South**<br>**Suite 190**<br>**Orange, CA 92868** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**San Diego County**<br>**Treasurer Tax Collector**<br>**PO Box 129009**<br>**San Diego, CA 92112** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Property Taxes/Carlsbad Inn Timeshare**<br>REMARKS: | | | | $22.92 |
| ACCT #:<br>**Sara J. Hamilton, Esq.**<br>**The Law Office of Sara J. Hamilton, PC**<br>**30 Corporate Park, Suite 211**<br>**Irvine, CA 92606** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**SCE**<br>**PO Box 300**<br>**Rosemead, CA 91772** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Obligation**<br>REMARKS: | | | | $1,552.36 |

Sheet no. ___**16**___ of ___**21**___ continuation sheets attached to                                Subtotal >    $2,145.09
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                            Total >
                             **(Use only on last page of the completed Schedule F.)**
                     **(Report also on Summary of Schedules and, if applicable, on the**
                         **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ann Lee Eid-Brooks**                                      Case No. _____
    **Darrell Edward Brooks, Jr.**                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Scott A. Schaelen, Esq.**<br>**Walters Townsend & Schaelen, APLC**<br>**411 Camino Del Rio S, #202**<br>**San Diego, CA 92108** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Sears/CBNA**<br>**PO Box 6282**<br>**Sioux Falls, SD 57117** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $658.00 |
| ACCT #:<br>**Shaun Hanson, Esq.**<br>**Hanson Gorian Bradford & Hanich**<br>**25240 Hancock Avenue, Suite 110**<br>**Murrieta, CA 92562** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Legal Fees**<br>REMARKS: | | | | $3,327.00 |
| ACCT #:<br>**Sierra Constellation Partners, LLC**<br>**400 S. Hope Street, #2050**<br>**Los Angeles, CA 90071** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Obligation**<br>REMARKS: | | | | $25,000.00 |
| ACCT #:<br>**Signature Party Rentals**<br>**2211 South Susan Street**<br>**Santa Ana, CA 92704** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**State Insurance Fund**<br>**PO Box 7441**<br>**San Francisco, CA 94120** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Obligation**<br>REMARKS: | | | | $7,000.00 |

Sheet no. ___**17**___ of ___**21**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $35,985.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Ann Lee Eid-Brooks**          Case No. _____
      **Darrell Edward Brooks, Jr.**                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Summit Financial Resources, LP**<br>**2455 East Parleys Way, Suite 200**<br>**Salt Lake City, UT 84109** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Sunbelt**<br>**3860 Sherman Street**<br>**San Diego, CA 92110** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Obligation**<br>REMARKS: | | | | **$16,131.26** |
| ACCT #:<br>**Suppose U Drive**<br>**3809 San Fernando Road**<br>**Glendale, CA 91204** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**SYNCB/Living Spaces**<br>**PO Box 965036**<br>**Orlando, FL 32896** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$3,044.00** |
| ACCT #:<br>**The CBE Group, Inc.**<br>**1309 Technology Pkwy**<br>**Cedar Falls, IA 50613** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Obligation**<br>REMARKS: | | | | **$562.26** |
| ACCT #:<br>**The Guerrini Law Firm**<br>**106 South Mentor Avenue**<br>**Suite 150**<br>**Pasadena, CA 91106** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ___**18**___ of ___**21**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > | **$19,737.52**

Total > 
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ann Lee Eid-Brooks**                                    Case No. _____
       **Darrell Edward Brooks, Jr.**                                    (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**The Home Depot**<br>**PO Box 653002**<br>**Dallas, TX 75265** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Obligation**<br>REMARKS: | | | | **$2,657.62** |
| ACCT #:<br>**Theresa Crawford Tate, Esq.**<br>**Crawford & Bangs, LLP**<br>**1290 E. Center Court Drive**<br>**Covina, CA 91724** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Thomas H. Schelly, Esq.**<br>**Lipeles Law Group, APC**<br>**880 Apollo Street, Suite 336**<br>**El Segundo, CA 90245** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Tony Ruiz**<br>**5427 Leandra Court**<br>**Keyes, CA 95328** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Trade Show Electrical**<br>**5560 Katela Avenue**<br>**Cypress, CA 90630** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Obligation**<br>REMARKS: | | | | **$4,368.58** |
| ACCT #:<br>**United Rentals**<br>**28377 Felix Valdez Avenue**<br>**Temecula, CA 92590** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Obligation**<br>REMARKS: | | | | **$600,000.00** |

Sheet no. ____**19**____ of ____**21**____ continuation sheets attached to                                    Subtotal >    | **$607,026.20** |
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                    Total >
                                                    **(Use only on last page of the completed Schedule F.)**
                                            **(Report also on Summary of Schedules and, if applicable, on the**
                                            **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) – Cont.

In re  **Ann Lee Eid-Brooks**                                        Case No. _____
       **Darrell Edward Brooks, Jr.**                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **United Site Services** <br> **200 Friberg Parkway** <br> **Suite 4000** <br> **Westborough, MA 01581** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Business Obligation** <br> REMARKS: | | | | $43,831.14 |
| ACCT #: <br> **US Department of Education** <br> **PO Box 7860** <br> **Madison, WI 53707** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Student Loan** <br> REMARKS: | | | | $5,054.00 |
| ACCT #: <br> **Vegas Electrical** <br> **3655 W. Sunset Road** <br> **Suite #F** <br> **Las Vegas, NV 89118** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: <br> **Verizon** <br> **500 Technology Drive** <br> **#550** <br> **Weldon Spring, MO 63304** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Business Obligation** <br> REMARKS: | | | | $937.89 |
| ACCT #: <br> **Vista Paint** <br> **2020 E. Orangethorpe Avenue** <br> **Fullerton, CA 92831** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: <br> **Walters Wholesale** <br> **10864 Edison Court** <br> **Rancho Cucamonga, CA 91730** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | **Notice Only** |

Sheet no. ___**20**___ of ___**21**___ continuation sheets attached to                            Subtotal >    $49,823.03
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                  Total >
                                              **(Use only on last page of the completed Schedule F.)**
                            **(Report also on Summary of Schedules and, if applicable, on the**
                            **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Ann Lee Eid-Brooks**  
    **Darrell Edward Brooks, Jr.**
             Case No. _____  
                         (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**WAM Software Inc.**<br>**280 California Avenue**<br>**Reno, NV 89509** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Obligation**<br>REMARKS: | | | | $1,600.00 |
| ACCT #:<br>**Waste Management**<br>**PO Box 541065**<br>**Los Angeles, CA 90054** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Obligation**<br>REMARKS: | | | | $129.14 |
| ACCT #:<br>**Wells Fargo Card Services**<br>**PO Box 14517**<br>**Des Moines, IA 50306** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $10,164.00 |
| ACCT #:<br>**White Cap**<br>**1815 South Ritchey Street**<br>**Santa Ana, CA 92705** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Obligation**<br>REMARKS: | | | | $574.34 |
| ACCT #:<br>**Wolcott Insurance**<br>**1101 California Avenue**<br>**Suite 100**<br>**Corona, CA 92881** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Obligation**<br>REMARKS: | | | | $9,878.52 |
| | | | | | | | |

Sheet no. ____**21**____ of ____**21**____ continuation sheets attached to  
Schedule of Creditors Holding Unsecured Nonpriority Claims

                           **Subtotal >**      $22,346.00

                           **Total >**      $2,460,850.08

**(Use only on last page of the completed Schedule F.)**  
**(Report also on Summary of Schedules and, if applicable, on the**  
**Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re **Ann Lee Eid-Brooks**
    **Darrell Edward Brooks, Jr.**
                                                                       Case No.                       
                                                                                (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Acura Financial Services**<br>PO Box 6070<br>Cypress, CA 90630 | 2015 Acura ILX<br>Contract to be ASSUMED |
| **Honda Financial Services**<br>PO Box 60001<br>City of Industry, CA 91716 | 2014 Honda Odyssey<br>Contract to be ASSUMED |

B6H (Official Form 6H) (12/07)

In re **Ann Lee Eid-Brooks**        Case No. _____
     **Darrell Edward Brooks, Jr.**                                         (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Brent Trimmer**<br>29137 Beryl Street<br>Menifee, CA 92584 | **Consolidated Electrical Distributors, In**<br>41979 Rio Nedo<br>Temecula, CA 92590 |
| **Brent Trimmer**<br>29137 Beryl Street<br>Menifee, CA 92584 | **King Equipment LLC**<br>1080 E. Ontario Blvd<br>Ontario, CA 91761 |
| **Brent Trimmer**<br>29137 Beryl Street<br>Menifee, CA 92584 | **Neff Rentals Corporation**<br>6252 South Rainbow, Suite 120<br>Las Vegas, NV 89118 |
| **Brent Trimmer**<br>29137 Beryl Street<br>Menifee, CA 92584 | **Onesource Distributors LLC**<br>3951 Oceanic Drive<br>Oceanside, CA 92056 |
| **Brent Trimmer**<br>29137 Beryl Street<br>Menifee, CA 92584 | **Onesource Distributors LLC**<br>3951 Oceanic Drive<br>Oceanside, CA 92056 |
| **Brent Trimmer**<br>29137 Beryl Street<br>Menifee, CA 92584 | **Onesource Distributors LLC**<br>3951 Oceanic Drive<br>Oceanside, CA 92056 |
| **James Oldham**<br>4972 Alpen Glow Place NW<br>Issaquah, WA 98027 | **King Equipment LLC**<br>1080 E. Ontario Blvd<br>Ontario, CA 91761 |
| **James Oldham**<br>4972 Alpen Glow Place NW<br>Issaquah, WA 98027 | **United Rentals**<br>28377 Felix Valdez Avenue<br>Temecula, CA 92590 |

**Fill in this information to identify your case:**

| Debtor 1 | **Ann** | **Lee** | **Eid-Brooks** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Darrell** | **Edward** | **Brooks, Jr.** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA**

Case number
(if known) _____

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition
  chapter 13 income as of the following date:

  _____
  MM / DD / YYYY

Official Form B 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☐ Employed<br>☑ Not employed | ☑ Employed<br>☐ Not employed |
| **Occupation** | **Unemployed** | **Forklift Operator** |
| **Employer's name** | | **Costco Wholesale** |
| **Employer's address** | | **999 Lake Drive** |
| | Number  Street | Number  Street |
| | | |
| | | |
| | City        State   Zip Code | **Issaquah        WA   98027**<br>City        State   Zip Code |
| **How long employed there?** | | **24 years** |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | **$0.00** | **$4,028.83** |
| **3.** | Estimate and list monthly overtime pay. | 3. + | **$0.00** | **$0.00** |
| **4.** | Calculate gross income. Add line 2 + line 3. | 4. | **$0.00** | **$4,028.83** |

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here ..................................................➔ 4. | $0.00 | $4,028.83 |
| 5. | List all payroll deductions: | | |
| 5a. | Tax, Medicare, and Social Security deductions | 5a. $0.00 | $290.96 |
| 5b. | Mandatory contributions for retirement plans | 5b. $0.00 | $0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. $0.00 | $275.53 |
| 5d. | Required repayments of retirement fund loans | 5d. $0.00 | $577.96 |
| 5e. | Insurance | 5e. $0.00 | $266.74 |
| 5f. | Domestic support obligations | 5f. $0.00 | $0.00 |
| 5g. | Union dues | 5g. $0.00 | $0.00 |
| 5h. | Other deductions. Specify:  See continuation sheet | 5h.+ $0.00 | $53.65 |
| 6. | Add the payroll deductions.  Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. $0.00 | $1,464.84 |
| 7. | Calculate total monthly take-home pay.  Subtract line 6 from line 4. | 7. $0.00 | $2,563.99 |
| 8. | List all other income regularly received: | | |
| 8a. | Net income from rental property and from operating a business, profession, or farm | 8a. $3,639.00 | $0.00 |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | |
| 8b. | Interest and dividends | 8b. $0.00 | $0.00 |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. $0.00 | $0.00 |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | |
| 8d. | Unemployment compensation | 8d. $0.00 | $0.00 |
| 8e. | Social Security | 8e. $2,442.00 | $0.00 |
| 8f. | Other government assistance that you regularly receive | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. $0.00 | $0.00 |
| 8g. | Pension or retirement income | 8g. $0.00 | $0.00 |
| 8h. | Other monthly income. Specify: | 8h.+ $0.00 | $0.00 |
| 9. | Add all other income.  Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. $6,081.00 | $0.00 |
| 10. | Calculate monthly income.  Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. $6,081.00 + $2,563.99 | = $8,644.99 |

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____   11. + $0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.  The result is the combined monthly income.**  Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies.    12. $8,644.99

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain:     None

Debtor 1    Ann    Lee    Eid-Brooks    Case number (if known)
First Name    Middle Name    Last Name

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| **5h. Other Payroll Deductions (details)** | | |
| **United Way** | **$0.00** | **$10.83** |
| **Employee Fund** | **$0.00** | **$8.67** |
| **Disability Tax** | **$0.00** | **$34.15** |
| **Totals:** | **$0.00** | **$53.65** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Ann** | **Lee** | **Eid-Brooks** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Darrell** | **Edward** | **Brooks, Jr.** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** | | |
| Case number (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J

# Schedule J: Your Expenses

**12/13**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

**1. Is this a joint case?**

☐ No. Go to line 2.

☑ Yes. **Does Debtor 2 live in a separate household?**

    ☑ No

    ☐ Yes. Debtor 2 must file a separate Schedule J.

**2. Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☐ No

☑ Yes. Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Daughter** | **18** | ☐ No  ☑ Yes |
| **Son** | **15** | ☐ No  ☑ Yes |
| **Daughter** | **13** | ☐ No  ☑ Yes |
| **Son** | **10** | ☐ No  ☑ Yes |
| **Son** | **9** | ☐ No  ☑ Yes |

**3. Do your expenses include expenses of people other than yourself and your dependents?**

☑ No

☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form B 6I.)

Your expenses

**4. The rental or home ownership expenses for your residence.**
Include first mortgage payments and any rent for the ground or lot.

4.      **$660.19**

**If not included in line 4:**

4a. Real estate taxes      4a.      **$277.91**

4b. Property, homeowner's, or renter's insurance      4b.      **$156.09**

4c. Home maintenance, repair, and upkeep expenses      4c.     

4d. Homeowner's association or condominium dues      4d.      **$240.00**

Debtor 1   Ann   Lee   Eid-Brooks        Case number (if known)
First Name   Middle Name   Last Name

**Your expenses**

| | | |
|---|---|---:|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. |
| 6. | **Utilities:** | |
| | 6a.  Electricity, heat, natural gas | 6a. __$300.00__ |
| | 6b.  Water, sewer, garbage collection | 6b. |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. __$485.00__ |
| | 6d.  Other. Specify:  __Security System__ | 6d. __$17.99__ |
| 7. | **Food and housekeeping supplies** | 7. __$1,500.00__ |
| 8. | **Childcare and children's education costs** | 8. |
| 9. | **Clothing, laundry, and dry cleaning** | 9. __$300.00__ |
| 10. | **Personal care products and services** | 10. __$350.00__ |
| 11. | **Medical and dental expenses** | 11. __$200.00__ |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. __$600.00__ |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. __$200.00__ |
| 14. | **Charitable contributions and religious donations** | 14. |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a.  Life insurance | 15a. __$380.00__ |
| | 15b.  Health insurance | 15b. |
| | 15c.  Vehicle insurance | 15c. __$300.00__ |
| | 15d.  Other insurance.  Specify: | 15d. |
| 16. | **Taxes.**  Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. |
| 17. | **Installment or lease payments:** | |
| | 17a.  Car payments for Vehicle 1   **Vehicle Lease** | 17a. __$308.60__ |
| | 17b.  Car payments for Vehicle 2   **Vehicle Lease** | 17b. __$525.00__ |
| | 17c.  Other.  Specify: __Vehicle Loan__ | 17c. __$599.30__ |
| | 17d.  Other.  Specify: | 17d. |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form B 6I).** | 18. |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | |
| | 20a.  Mortgages on other property | 20a. __$3,750.00__ |
| | 20b.  Real estate taxes | 20b. __$1,200.00__ |
| | 20c.  Property, homeowner's, or renter's insurance | 20c. __$150.00__ |
| | 20d.  Maintenance, repair, and upkeep expenses | 20d. |
| | 20e.  Homeowner's association or condominium dues | 20e. __$720.00__ |
| 21. | **Other.**  Specify: | 21. **+** |

Debtor 1    Ann                    Lee                    Eid-Brooks                    Case number (if known)
            First Name            Middle Name            Last Name

| 22. | **Your monthly expenses.**  Add lines 4 through 21.<br>The result is your monthly expenses. | 22. | **$13,220.08** |
|---|---|---|---|

**23.  Calculate your monthly net income.**

| 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. | **$8,644.99** |
|---|---|---|---|
| 23b. | Copy your monthly expenses from line 22 above. | 23b. − | **$13,220.08** |
| 23c. | Subtract your monthly expenses from your monthly income.<br>The result is your monthly net income. | 23c. | **($4,575.09)** |

**24.  Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage
payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.  Explain here:
        **None**

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Ann Lee Eid-Brooks**
       **Darrell Edward Brooks, Jr.**                                            Case No. _____
                                                                                        (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of       **43**      
sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date  **10/20/2015**_____          Signature  **/s/ Ann Lee Eid-Brooks**_____
                                                          **Ann Lee Eid-Brooks**


Date  **10/20/2015**_____          Signature  **/s/ Darrell Edward Brooks, Jr.**_____
                                                          **Darrell Edward Brooks, Jr.**

                                              [If joint case, both spouses must sign.]

_Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571._

B7 (Official Form 7) (04/13)

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## RIVERSIDE DIVISION

In re:  **Ann Lee Eid-Brooks**                                   Case No. _____
        **Darrell Edward Brooks, Jr.**                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS

---

**None**
☐

### 1. Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the TWO YEARS immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$34,000.00** | **2013 Income - Debtor** |
| **$46,000.00** | **2013 Income - Co-Debtor** |
| **$82,588.00** | **2014 Income - Debtor** |
| **$46,664.00** | **2014 Income - Co-Debtor** |
| **$32,922.80** | **2015 Year to Date Income - Debtor** |
| **$34,552.62** | **2015 Year to Date Income - Co-Debtor** |

---

**None**
☑

### 2. Income other than from employment or operation of business

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the TWO YEARS immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

**None**
☑

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 DAYS immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**None**
☑

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 DAYS immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

---

**None**
☑

c. All debtors: List all payments made within ONE YEAR immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**RIVERSIDE DIVISION**

In re:   **Ann Lee Eid-Brooks**                              Case No. _____
         **Darrell Edward Brooks, Jr.**
                                                                      (if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within ONE YEAR immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **American Express v. Darrell Brooks** <br> **Case No:  RIC1504965** | **Breach of Written Contract** | **Superior Court of California** <br> **County of Riverside** | **Pending** |
| **Blueline Rental, Inc. v. Stringer Industries, Inc., et al** <br> **Case No:  NCC1500192** | **Breach of Contract/Warranty** | **Superior Court of California** <br> **County of Riverside** | **Pending** |
| **Brooks v. Brooks, et al** <br> **Case No:  MCC1400446** | **Slander** | **Superior Court of California** <br> **County of Riverside** | **Pending** |
| **Consolidated Electrical Distributors, Inc. v. Stringer Industries, Inc. et al** <br> **Case No:  MCC1500024** | **Breach of Contract/Warranty** | **Superior Court of California** <br> **County of Riverside** | **Pending** |
| **ESBF California LLC v. Stringer Industries, Inc.** <br> **et al** <br> **Case No:  MCC1500390** | **Contract** | **Superior Court of California** <br> **County of Riverside** | **Pending** |
| **King Equipment LLC v. Stringer Industries Inc.,** <br> **et al** <br> **Case No:  MCC1500383** | **Contract** | **Superior Court of California** <br> **County of Riverside** | **Pending** |
| **Kress Xpress Transportation Inc. v. Stringer Industries Inc.** <br> **Case No:  SWS1402214** | **Small Claims** | **Superior Court of California** <br> **County of Riverside** | **Post Judgment** |
| **Onesource Distributors LLC v. Stringer Industries Inc., et al** <br> **Case No: 37-2015-00023894-CU-BC-CTL** | **Breach of Contract/Warranty** | **Superior Court of California** <br> **County of San Diego** | **Pending** |
| **Onsesource Distributors, LLC v. Stringer Industries, Inc., et al** <br> **Case No:  MCC1500307** | **Breach of Contract/Warranty** | **Superior Court of California** <br> **County of Riverside** | **Pending** |
| **Onesource Distributors, LLC v. Stringer Industries, Inc., et al** <br> **Case No:  NC060213** | **Breach of Contract/Warranty** | **Superior Court of California** <br> **County of Los Angeles** | **Pending** |
| **Pete's Road Service v. Stringer** <br> **Case No:  30-2015-00806497-SC-SC-NJC** | **Small Claims** | **Superior Court of California** <br> **County of Orange** | **Pending** |

B7 (Official Form 7) (04/13)

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### RIVERSIDE DIVISION

In re:  **Ann Lee Eid-Brooks**                                    Case No.  _____
  **Darrell Edward Brooks, Jr.**                                            (if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

| | | | |
|---|---|---|---|
| **Pine Tree Lumber Co LP v. Stringer Industries, Inc., et al** | **Small Claims** | **Superior Court of California County of San Diego** | **Post Judgment** |
| **Powertrip Rentals LLC v. Stringer Industries Inc. Case No: BC589983** | **Breach of Contract/Warranty** | **Superior Court of California County of Los Angeles** | **Pending** |

None ☑   b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 5. Repossessions, foreclosures and returns

None ☑   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within ONE YEAR immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 6. Assignments and receiverships

None ☑   a.  Describe any assignment of property for the benefit of creditors made within 120 DAYS immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑   b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within ONE YEAR immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 7. Gifts

None ☑   List all gifts or charitable contributions made within ONE YEAR immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 8. Losses

None ☑   List all losses from fire, theft, other casualty or gambling within ONE YEAR immediately preceding the commencement of this case OR SINCE THE COMMENCEMENT OF THIS CASE.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 9. Payments related to debt counseling or bankruptcy

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within ONE YEAR immediately preceding the commencement of this case.

| **NAME AND ADDRESS OF PAYEE** | **DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR** | **AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY** |
|---|---|---|
| **Renda Law Offices, P.C.** **600 West Broadway, Suite 400** **San Diego, CA 92101** | **9/10/2015** | **$6,000.00** |

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### RIVERSIDE DIVISION

In re:  **Ann Lee Eid-Brooks**                                    Case No. _____
        **Darrell Edward Brooks, Jr.**                                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

**10. Other transfers**

None ☐   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within TWO YEARS immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Robert Reza<br>375 Atlantic Avenue, #303<br>Long Beach, CA  90802 | 2/9/2015 | 375 Atlantic Avenue, #303<br>Long Beach, CA  90802<br>$162,395.87 |
| Sung Soo Lee<br>Kap Sook Lee<br>Julie Nethercutt<br>40415 Ariel Hope Way<br>Murrieta, CA  92563 | 7/22/2015 | 26487 Arboretum Way, #2106<br>Murrieta, CA  92563<br>$7,378.84 |
| Sung Soo Lee<br>Kap Sook Lee<br>Julie Nethercutt<br>40415 Ariel Hope Way<br>Murrieta, CA  92563 | 7/31/2015 | 26432 Arboretum Way, #901<br>Murrieta, CA  92563<br>$0.00 |

---

None ☑   b. List all property transferred by the debtor within TEN YEARS immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

**11. Closed financial accounts**

None ☐   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within ONE YEAR immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Wells Fargo Bank, N.A.<br>PO Box 6995<br>Portland, OR  97228 | Checking<br>4950<br>$0.00 | 5/28/2015 |
| Wells Fargo Bank, N.A.<br>PO Box 6995<br>Portland, OR  97228 | Checking<br>6496<br>$0.00 | 10/7/2015 |
| Bank of America, N.A.<br>PO Box 25118<br>Tampa, FL  33622 | Checking<br>0506<br>$0.00 | 10/13/2015 |

---

**12. Safe deposit boxes**

None ☑   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within ONE YEAR immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**RIVERSIDE DIVISION**

B7 (Official Form 7) (04/13)

In re: **Ann Lee Eid-Brooks**          Case No. _____
       **Darrell Edward Brooks, Jr.**                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

**None** ☑

### 13. Setoffs

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 DAYS preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**None** ☑

### 14. Property held for another person

List all property owned by another person that the debtor holds or controls.

---

**None** ☐

### 15. Prior address of debtor

If the debtor has moved within THREE YEARS immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 36733 Maxmillian Avenue<br>Murrieta, CA 92563 | | 1/2006- 9/2013 |

---

**None** ☑

### 16. Spouses and Former Spouses

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within EIGHT YEARS immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

**None** ☑

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

**None** ☑

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

**None** ☑

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**RIVERSIDE DIVISION**

In re:  **Ann Lee Eid-Brooks**                                    Case No.  _____
        **Darrell Edward Brooks, Jr.**                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

**18. Nature, location and name of business**

None ☐

a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within SIX YEARS immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within SIX YEARS immediately preceding the commencement of this case.

| NAME, ADDRESS, AND LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN) / COMPLETE EIN | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|
| **Stringer Industries, Inc.**<br>**38340 Innovation Court**<br>**Murrieta, CA  92563** | **Rental Equipment and Temporary Power** | **9/9/2013 - 9/11/2015** |

---

None ☑

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within SIX YEARS immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement ONLY if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

**19. Books, records and financial statements**

None ☐

a. List all bookkeepers and accountants who within TWO YEARS immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Cheryl L. Hornback, CPA**<br>**Lonie & Hornback Inc.**<br>**41951 Remington Avenue**<br>**Suite 270**<br>**Temecula, CA  92590** | **2014 - present** |

---

None ☑

b. List all firms or individuals who within TWO YEARS immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None ☑

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

---

None ☑

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within TWO YEARS immediately preceding the commencement of this case.

B7 (Official Form 7) (04/13)

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE DIVISION

In re:  **Ann Lee Eid-Brooks**                                        Case No. _____
        **Darrell Edward Brooks, Jr.**                                              (if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

---

### 20. Inventories

None ☑  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

### 21. Current Partners, Officers, Directors and Shareholders

None ☑  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☑  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

### 22. Former partners, officers, directors and shareholders

None ☑  a. If the debtor is a partnership, list each member who withdrew from the partnership within ONE YEAR immediately preceding the commencement of this case.

None ☑  b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within ONE YEAR immediately preceding the commencement of this case.

---

### 23. Withdrawals from a partnership or distributions by a corporation

None ☑  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during ONE YEAR immediately preceding the commencement of this case.

---

### 24. Tax Consolidation Group

None ☑  If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within SIX YEARS immediately preceding the commencement of the case.

---

### 25. Pension Funds

None ☑  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within SIX YEARS immediately preceding the commencement of the case.

---

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **10/20/2015**                              Signature         **/s/ Ann Lee Eid-Brooks**
                                                  of Debtor         *Ann Lee Eid-Brooks*

Date  **10/20/2015**                              Signature         **/s/ Darrell Edward Brooks, Jr.**
                                                  of Joint Debtor   *Darrell Edward Brooks, Jr.*
                                                  (if any)

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

B 8 (Official Form 8) (12/08)

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE DIVISION**

IN RE:  **Ann Lee Eid-Brooks**                                          CASE NO
      **Darrell Edward Brooks, Jr.**
                                                                     CHAPTER  **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A -- Debts secured by property of the estate.  (Part A must be fully completed for EACH debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

Property No.   1

| Creditor's Name: | Describe Property Securing Debt: |
|---|---|
| American Honda Finance<br>6261 Katella Avenue, Suite 1A<br>Cypress, CA 90630 | 2014 Honda Accord |

Property will be (check one):
☐ Surrendered      ☑ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☑ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt      ☐ Not claimed as exempt

---

Property No.   2

| Creditor's Name: | Describe Property Securing Debt: |
|---|---|
| Bank of America, NA<br>450 American Street<br>Simi Valley, CA 93065 | 36733 Maxmillian Avenue, Murrieta, CA   92563 |

Property will be (check one):
☐ Surrendered      ☑ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☑ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt      ☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**RIVERSIDE DIVISION**

IN RE:  **Ann Lee Eid-Brooks**                                           CASE NO
        **Darrell Edward Brooks, Jr.**
                                                                        CHAPTER   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 1*

---

Property No.   3

**Creditor's Name:**                          **Describe Property Securing Debt:**
Bank of America, NA                            2767 E. 3rd Street, #33, Long Beach, CA
450 American Street
Simi Valley, CA 93065

Property will be (check one):
☐ Surrendered      ☒ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☒ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt      ☐ Not claimed as exempt

---

Property No.   4

**Creditor's Name:**                          **Describe Property Securing Debt:**
Bank of America, NA                            1803 E. Ocean Blvd, #301, Long Beach, CA
450 American Street
Simi Valley, CA 93065

Property will be (check one):
☐ Surrendered      ☒ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☒ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt      ☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**RIVERSIDE DIVISION**

IN RE:  **Ann Lee Eid-Brooks**                                                    CASE NO
       **Darrell Edward Brooks, Jr.**
                                                                         CHAPTER    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 2*

---

Property No.   5

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| Bank of America, NA | 26469 Aboretum Way, #3402, Murrieta, CA |
| 450 American Street | |
| Simi Valley, CA 93065 | |

Property will be (check one):
☐ Surrendered    ☑ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☑ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt        ☐ Not claimed as exempt

---

Property No.   6

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| Nationstar Mortgage | 36733 Maxmillian Avenue, Murrieta, CA   92563 |
| PO Box 199111 | |
| Dallas, TX 75219 | |

Property will be (check one):
☐ Surrendered    ☑ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☑ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt        ☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE DIVISION**

IN RE:  **Ann Lee Eid-Brooks**                          CASE NO
       **Darrell Edward Brooks, Jr.**
                                      CHAPTER    **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 3*

---

Property No.   7

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| Onesource Distributors LLC | 2767 E. 3rd Street, #33, Long Beach, CA |
| 3951 Oceanic Drive | |
| Oceanside, CA 92056 | |

Property will be (check one):
- ☐ Surrendered      ☑ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☑ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):
   Avoid Lien using 11 U.S.C. Section 522(f)

Property is (check one):
- ☐ Claimed as exempt      ☐ Not claimed as exempt

---

Property No.   8

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| Onesource Distributors LLC | 36733 Maxmillian Avenue, Murrieta, CA   92563 |
| 3951 Oceanic Drive | |
| Oceanside, CA 92056 | |

Property will be (check one):
- ☐ Surrendered      ☑ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☑ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):
   Avoid Lien using 11 U.S.C. Section 522(f)

Property is (check one):
- ☐ Claimed as exempt      ☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**RIVERSIDE DIVISION**

IN RE:  **Ann Lee Eid-Brooks**                                      CASE NO
**Darrell Edward Brooks, Jr.**

                                                                   CHAPTER  **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 4*

| Property No.   9 | |
|---|---|
| **Creditor's Name:**<br>Onesource Distributors LLC<br>3951 Oceanic Drive<br>Oceanside, CA 92056 | **Describe Property Securing Debt:**<br>1803 E. Ocean Blvd, #301, Long Beach, CA |

Property will be (check one):
☐ Surrendered     ☑ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☑ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):
     Avoid Lien using 11 U.S.C. Section 522(f)

Property is (check one):
☐ Claimed as exempt     ☐ Not claimed as exempt

| Property No.   10 | |
|---|---|
| **Creditor's Name:**<br>Peggy Marshall<br>22931 Banbury Court<br>Murrieta, CA 92562 | **Describe Property Securing Debt:**<br>41920 Davenport Way, #B, Murrieta, CA  92562 |

Property will be (check one):
☐ Surrendered     ☑ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☑ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):
     Avoid Lien using 11 U.S.C. Section 522(f)

Property is (check one):
☐ Claimed as exempt     ☐ Not claimed as exempt

PART B -- Personal property subject to unexpired leases.  (All three columns of Part B must be completed for each unexpired lease.
Attach additional pages if necessary.)

B 8 (Official Form 8) (12/08)

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**RIVERSIDE DIVISION**

IN RE:  **Ann Lee Eid-Brooks**
          **Darrell Edward Brooks, Jr.**

CASE NO

CHAPTER  **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 5*

| Property No.   1 | | |
|---|---|---|
| **Lessor's Name:**<br>Acura Financial Services<br>PO Box 6070<br>Cypress, CA 90630 | **Describe Leased Property:**<br>2015 Acura ILX | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☑        NO ☐ |

| Property No.   2 | | |
|---|---|---|
| **Lessor's Name:**<br>Honda Financial Services<br>PO Box 60001<br>City of Industry, CA 91716 | **Describe Leased Property:**<br>2014 Honda Odyssey | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☑        NO ☐ |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **10/20/2015**

Signature  **/s/ Ann Lee Eid-Brooks**
                **Ann Lee Eid-Brooks**

Date  **10/20/2015**

Signature  **/s/ Darrell Edward Brooks, Jr.**
                **Darrell Edward Brooks, Jr.**

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE DIVISION**

IN RE: **Ann Lee Eid-Brooks**                                    CASE NO
**Darrell Edward Brooks, Jr.**

                                                                 CHAPTER    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept:                          **$6,000.00**

    Prior to the filing of this statement I have received:                **$6,000.00**

    Balance Due:                                                          **$0.00**

2. The source of the compensation paid to me was:
    ☑ Debtor                    ☐ Other (specify)

3. The source of compensation to be paid to me is:
    ☑ Debtor                    ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.


**10/20/2015**                          **/s/ Vincent Renda**
_Date_                                  _Vincent Renda_                         Bar No.  213985
                                        Renda Law Offices, P.C.
                                        600 West Broadway, Suite 400
                                        San Diego, CA 92101
                                        Phone: (619) 819-0011 / Fax: (619) 819-0012

---

<table>
<tr><td>

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

VINCENT RENDA, ESQ. (CSB#213985)
RENDA LAW OFFICES, P.C.
600 WEST BROADWAY, SUITE 400
SAN DIEGO, CA  92101
TELEPHONE:  619-819-0011
FACSIMILE:   619-819-0012
EMAIL:  vr@rendalawoffices.com

*Attorney for:* Ann Lee Eid-Brooks & Darrell E. Brooks Jr.

</td><td>

FOR COURT USE ONLY

</td></tr>
</table>

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br>Ann Lee Eid-Brooks and Darrell Edward Brooks, Jr., | CASE NO.:<br><br>CHAPTER: 7 |
|---|---|
| | **DECLARATION RE: LIMITED SCOPE OF APPEARANCE PURSUANT TO LBR 2090-1** |
| Debtor(s). | [No Hearing Required] |

TO THE COURT, THE DEBTOR, THE TRUSTEE (if any), AND THE UNITED STATES TRUSTEE:

1.  I am the attorney for the Debtor in the above-captioned bankruptcy case.

2.  On *(specify date)* 09/10/2015   , I agreed with the Debtor that for a fee of $ 6,000.00          , I would provide the following services only:

    a. ☒ Prepare and file the Petition and Schedules
    b. ☒ Represent the Debtor at the 341(a) Meeting
    c. ☐ Represent the Debtor in any relief from stay motions
    d. ☐ Represent the Debtor in any proceeding involving an objection to Debtor's discharge pursuant to 11 U.S.C. § 727
    e. ☐ Represent the Debtor in any proceeding to determine whether a specific debt is nondischargeable under 11 U.S.C. § 523
    f. ☐ Other *(specify)*:

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                              Page 1                              **F 2090-1.1.DEC.LTD.SCOPE**

3.  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on the following date at the city set forth in the upper left-hand corner of the prior page.

Date: 10/5/15

I HEREBY APPROVE THE ABOVE:

_____
Signature of Debtor

_____
Signature of Co-Debtor

RENDA LAW OFFICES, P.C.
_____
Printed name of law firm

_____
Signature of attorney

VINCENT RENDA
_____
Printed name of attorney

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 2                          F 2090-1.1.DEC.LTD.SCOPE

February 2006                                                                    2006 USBC Central District of California

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re  Ann Lee Eid-Brooks and Darrell Edward Brooks, Jr., | CHAPTER: 7 |
| Debtor(s). | CASE NO.: |

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
## PURSUANT  TO 11 U.S.C. § 521(a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to <u>one</u> of the following statements:

I,   Ann Lee Eid-Brooks
_____, the debtor in this case, declare under penalty
*(Print Name of Debtor)*

of perjury under the laws of the United States of America that:

☐   I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
*(NOTE:  the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☐   I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☑   I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I,   Darrell Edward Brooks, Jr.
_____, the debtor in this case, declare under penalty of
*(Print Name of Joint Debtor, if any)*

perjury under the laws of the United States of America that:

☒   I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
*(NOTE:  the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☐   I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐   I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date   10|5|15                                    Signature _____
                                                              *Debtor*

Date   10|5|15                                    Signature _____
                                                              *Joint Debtor (if any)*

**COSTCO WHOLESALE**

Costco Wholesale Corporation
999 Lake Drive
Issaquah, WA 98027
(425)313-8100

**PAY STATEMENT FOR PAY DATE**    08/21/2015  - Bi-Weekly

| Name | DARRELL EDWARD BROOKS JR | Payroll Area | US | Bi-Weekly | Tax Data | Tax Area Codes | Filing Status | Allowances | Addi. Amt. |
|---|---|---|---|---|---|---|---|---|---|
| Address | 26469 ARBORETUM WAY#3402 | Pay Period | 08/03/2015 | 08/16/2015 | Federal | FED | Married | 02 | 0.00 |
| | MURRIETA CA 92563 | Department | 0063 | Merchandising | Primary State | CA | Married | 02 | 0.00 |
| Employee # | 00165164 - (Hourly) | Location | 00000491 | TEMECULA | | | | | |
| Job Title | STOCKER | Pay Date | 08/21/2015 | | | | | | |

**Messages**

If you encounter any problems printing your pay stub, please contact your payroll clerk.

| Regular Earnings | Rate | Hours | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|
| Regular Pay | $21.35 | 37.28 | $795.93 | 1,009.06 | $21,586.21 |
| Holiday Pay | | | | 47.88 | $1,009.10 |
| Vacation Pay | $21.35 | 24.00 | $512.40 | 36.68 | $782.63 |
| Sick Pay | $21.35 | 10.72 | $228.87 | 34.65 | $739.78 |
| Overtime | $32.03 | 0.04 | $1.28 | 0.63 | $20.36 |
| Sunday Premium Pay | $32.03 | 8.00 | $256.24 | 194.34 | $6,216.55 |
| Meal Period pmt CA only | | | | 10.00 | $213.55 |
| Sunday Overtime | $32.03 | 0.02 | $0.64 | 0.12 | $3.99 |
| Extra Check-Hourly | | | | | $4,000.00 |
| Extra Check OT | | | | | $0.64 |
| **Total Regular Earnings** | | 80.06 | $1,795.36 | 1,333.36 | $34,552.62 |

|  | ----------Pay Period---------- | | | | |
|---|---|---|---|---|---|
| Retro Earnings | Begin Date | End Date | Rate | Hours | Amount | YTD Hours | YTD Amount |

| Retro Earnings | Begin Date | End Date | Rate | Hours | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|---|
| **Total Retro Earnings** | | | | 0.00 | $0.00 | 0.00 | $0.00 |
| **Total Earnings** | | | | 80.06 | $1,795.36 | 1,333.36 | $34,552.62 |
| Current Hours Worked | 45.34 | | | | | | |

| Pre Tax Deductions | Current Amount | YTD Amount |
|---|---|---|
| 401k EE Contrib-Non Union | $125.68 | $1,976.75 |
| FT EE Premium Dental | $23.00 | $391.00 |
| FT EE Aetna Select | $85.00 | $1,445.00 |
| **Total Pre Tax Deductions** | $233.68 | $3,812.75 |

| Taxes | Current Taxable Amount | Current Amount | YTD Taxable Amount | YTD Amount |
|---|---|---|---|---|
| California        CA | | | | |
| TX Withholding Tax | | $11.99 | | $104.63 |
| TX EE Disability Tax | $1,565.56 | $15.19 | $30,804.88 | $284.48 |
| Federal        FED | $1,687.36 | | $32,716.62 | |
| TX Withholding Tax | | | | |
| TX EE Social Security Tax | $1,565.56 | $103.58 | $30,804.88 | $1,719.34 |
| TX EE Medicare Tax | $1,691.24 | $104.86 | $32,781.63 | $2,032.40 |
| **Total Taxes** | $1,691.24 | $24.52 | $32,781.63 | $475.33 |
| | | $260.14 | | $4,626.22 |

| After Tax Deductions | Current Amount | YTD Amount |
|---|---|---|
| 401k Loan Program | $266.75 | $4,534.75 |
| Supplemental Life | $7.66 | $130.22 |
| Child Supp Life | $0.25 | $4.25 |
| Supp ADD w/Child No Spous | $3.32 | $56.44 |
| United Way | $5.00 | $85.00 |
| Employee Fund | $4.00 | $68.00 |
| **Total After Tax Deductions** | $286.98 | $4,878.66 |
| **Net Pay** | $1,014.56 | $21,234.99 |

| Other Benefits and Information | Current Amount | YTD Amount |
|---|---|---|
| Group Term Life | $3.88 | $65.91 |
| **Total Other Benefits** | $3.88 | $65.91 |

**Leave Balance Summary**

| Leave Type | Beginning Balance | Earned | Current Pay Period Activity | Total Balance |
|---|---|---|---|---|
| Sick and Personal | 63.53 | 3.00 | 10.72 | 55.81 |
| Vacation | 189.91 | | 24.00 | 165.91 |
| **Leave Balance Summary** | 253.44 | | 34.72 | 221.72 |

| Summary | Regular Earnings | Less Pre-Tax Deductions | Less Taxes | Less After Tax Deductions | Equals Net Pay |
|---|---|---|---|---|---|
| Current Period | $1,795.36 | $233.68 | $260.14 | $286.98 | $1,014.55 |
| YTD | $34,552.62 | $3,812.75 | $4,526.22 | $4,878.66 | $21,334.99 |
| Hours(Extra Check Eligibility) | | | | | |
| Hours(Extra Check Measurement Period) | 893.75 | | | | |

**Check/Transfer Information**

| Bank Number | Bank Name | Account/Check No. | Type | Amount | Replacement Check Date |
|---|---|---|---|---|---|
| 322271627 | JPMorgan Chase Bank, National Association | ....1372 | Direct Deposit - Payroll | $202.91 | |
| 322271627 | JPMorgan Chase Bank, National Association | ....8072 | Direct Deposit - Payroll | $811.65 | |

**Fill in this information to identify your case:**

| Debtor 1 | **Ann** | **Lee** | **Eid-Brooks** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Darrell** | **Edward** | **Brooks, Jr.** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA**

Case number
(if known) _____

☐ Check if this is an amended filing

## Official Form 22A-1Supp

## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)     12/14

File this supplement together with Chapter 7 Statement of Your Current Monthly Income (Official Form 22A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 22A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

### Part 1:    Identify the Kind of Debts You Have

1. **Are your debts primarily consumer debts?** Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family or household purpose." Make sure that your answer is consistent with the "Nature of Debts" box on page 1 of the Voluntary Petition (Official Form 1).

   ☑ No.    Go to Form 22A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 22A-1.

   ☐ Yes.    Go to Part 2.

### Part 2:    Determine Whether Military Service Provisions Apply to You

2. **Are you a disabled veteran (as defined in 38 U.S.C. § 3741(1))?**

   ☐ No.    Go to line 3.

   ☐ Yes.    Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

       ☐ No.    Go to line 3.

       ☐ Yes.    Go to Form 22A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 22A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No.    Complete Form 22A-1. Do not submit this supplement.

   ☐ Yes.    Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1)

       ☐ No.    Complete Form 22A-1. Do not submit this supplement.

       ☐ Yes.    Check any one of the following categories that applies:

           ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

           ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____ which is fewer than 540 days before I file this bankruptcy case.

           ☐ **I am performing a homeland defense activity for at least 90 days.**

           ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

   If you checked one of the categories to the left, go to Form 22A-1. On the top of page 1 of Form 22A-1, check box 3, *The Means Test does not apply now* and sign Part 3. Then submit this supplement with the signed Form 22A-1. You are not required to fill out the rest of Official Form 22A-1 during the exclusion period. The exclusion period means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).

   If your exclusion period ends before your case is closed, you may have to file an amended form later.

| | | |
|---|---|---|
| **Fill in this information to identify your case:** | | |

| | | |
|---|---|---|
| Debtor 1 | **Ann**          **Lee**          **Eid-Brooks** | |
| | First Name       Middle Name      Last Name | |
| Debtor 2 | **Darrell**      **Edward**      **Brooks, Jr.** | |
| (Spouse, if filing) First Name  Middle Name   Last Name | | |
| United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA** | | |
| Case number _____ (if known) | | |

**Check one box only as directed in this form and in Form 22A-1Supp:**

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under Chapter 7 Means Test Calculation (Official Form 22A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 22A-1

# Chapter 7 Statement of Your Current Monthly Income   12/14

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file the Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Official Form 22A-1Supp) with this form.

---

### Part 1:    Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you. You and your spouse are:**

      ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

      ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A **Debtor 1** | Column B **Debtor 2 or non-filing spouse** |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | _____ | _____ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | _____ | _____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | _____ | _____ |

Debtor 1    Ann    Lee    Eid-Brooks    Case number (if known)
First Name    Middle Name    Last Name

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

**5.** **Net income from operating a business, profession, or farm**

Gross receipts (before all deductions) _____

Ordinary and necessary operating expenses − _____

Net monthly income from a business, profession, or farm _____ **Copy here ➔** _____    _____

**6.** **Net income from rental and other real property**

Gross receipts (before all deductions) _____

Ordinary and necessary operating expenses − _____

Net monthly income from rental or other real property _____ **Copy here ➔** _____    _____

**7.** **Interest, dividends, and royalties** _____    _____

**8.** **Unemployment compensation** _____    _____

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: ................↓

For you............................................................. _____

For your spouse.................................................. _____

**9.** **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. _____    _____

**10.** **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total on line 10c.

10a. _____ _____    _____

10b. _____ _____    _____

10c. Total amounts from separate pages, if any. **+** _____    **+** _____

**11.** **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

[ _____ ] **+** [ _____ ] **=** [ _____ ]

**Total current monthly income**

---

**Part 2:** **Determine Whether the Means Test Applies to You**

**12.** **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11.......................................................**Copy line 11 here ➔** 12a. [ _____ ]

Multiply by 12 (the number of months in a year).    **X    12**

12b. The result is your annual income for this part of the form.    12b. [ _____ ]

Debtor 1  ___Ann___  ___Lee___  ___Eid-Brooks___    Case number (if known)_____
           First Name   Middle Name   Last Name

**13.** **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.

Fill in the number of people in your household.

Fill in the median family income for your state and size of household............................................................. 13.

To find a list of applicable median income amounts, go online using the link specified in the separate
instructions for this form.  This list may also be available at the bankruptcy clerk's office.

**14.** **How do the lines compare?**

14a. ☐ Line 12b is less than or equal to line 13.  On the top of page 1, check box 1, *There is no presumption of abuse.*
        Go to Part 3.

14b. ☐ Line 12b is more than line 13.  On the top of page 1, check box 2, *The presumption of abuse is determined by Form 22A-2.*
        Go to Part 3 and fill out Form 22A-2.

| Part 3: | Sign Below |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X  **/s/ Ann Lee Eid-Brooks**                            X  **/s/ Darrell Edward Brooks, Jr.**
   **Ann Lee Eid-Brooks**                                   **Darrell Edward Brooks, Jr.**

Date **10/20/2015**                                      Date **10/20/2015**
     MM / DD / YYYY                                           MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 22A-2.

If you checked line 14b, fill out Form 22A-2 and file it with this form.

**Current Monthly Income Calculation Details**

In re: **Ann Lee Eid-Brooks**                                   Case Number:
**Darrell Edward Brooks, Jr.**                           Chapter:        **7**

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2015

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Vincent Renda, Esq. (CSB#213985)<br>RENDA LAW OFFICES, P.C.<br>600 West Broadway, Suite 400<br>San Diego, CA  92101<br>Telephone:  619-819-0011<br>Facsimile:  619-819-0012<br>E-mail:  vr@rendalawoffices.com<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br>Ann Lee Eid-Brooks and Darrell Edward Brooks, Jr.,<br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 7<br><br>**VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS<br>[LBR 1007-1(d)]** |
|---|---|

Pursuant to LBR 1007-1(d), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of ____ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  10/5/15

_____
Debtor's signature

Date:  10/5/15

_____
Joint Debtor's signature (if applicable)

Date:  _____

_____
Attorney's signature (if applicable)

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California

*December 2014*

F 1007-1.MAILING.LIST.VERIFICATION

Acura Financial Services
PO Box 6070
Cypress, CA 90630


Advanced Financial Company
PO Box 96477
Las Vegas, NV 89193


Aetna Inc.
PO Box 2321
Blue Bell, PA 19422


All Star Glass
1845 Morena Blvd
San Diego, CA 92110


American Contractors Indemnity
601 S. Figueroa Street
Los Angeles, CA 90017


American Express
PO Box 981537
El Paso, TX 79998


American Honda Finance
6261 Katella Avenue, Suite 1A
Cypress, CA 90630


Amex/DSNB
PO Box 17759
Clearwater, FL 33762


Anglin, Flewelling, Rasmussen,
Campbell & Trytten LLP
199 S. Los Robles, Suite 600
Pasadena, CA 91101
Attention:  Dean G. Rallis, Jr., Esq.

Aramark
PO Box 101179
Pasadena, CA 91189


Asbury Environmental Services
1300 S. Santa Fe Avenue
Compton, CA 90221


AT&T
PO Box 1809
Paramus, NJ 07653


Avalon
1339 South Allec Street
Anaheim, CA 92805


Bank of America
PO Box 982235
El Paso, TX 79998


Bank of America, NA
450 American Street
Simi Valley, CA 93065


Barclays Bank of Delaware
PO Box 8803
Wilmington, DE 19899


Blueline Rental LLC
c/o Scott A. Schaelen, Esq.
Walters Townsend & Schaelen, APLC
411 Camino Del Rio S, #202
San Diego, CA 92108

Blueline Rental, LLC
PO Box 840062
Dallas, TX 75284

Brent Trimmer
29137 Beryl Street
Menifee, CA 92584

Car Coat Paint
1318 Mission Road
Escondido, CA 92029

Carlsbad Inn Beach Resort
5900 Pasteur Court, Suite 200
Carlsbad, CA 92008

Chase
PO Box 15298
Wilmington, DE 19850

Citicards
PO Box 6241
Sioux Falls, SD 57117

Comenity Bank/New York & Co.
PO Box 182789
Columbus, OH 43218

Comenity Bank/Victorias Secret
PO Box 182789
Columbus, OH 43218

Consolidated Electrical Distributors, In
41979 Rio Nedo
Temecula, CA 92590

Contractors State License Board
9821 Business Park Drive
Sacramento, CA 95827

Corporation Service Company
PO Box 2576
Springfield, IL 62708


Cresent Supply
295 Hill Drive
San Marcos, CA 92078


CSNK Working Capital Finance Corp
2933 Bunker Hill Lane, Suite 210
Santa Clara, CA 95054


Cummins
3061 South Riverside Avenue
Bloomington, CA 92316


Dan Black
Brennan & Clark Ltd.
721 E. Madison, Suite 200
Villa Park, IL 60181


Desert Willow Resort Condominium
Association, Inc.
Attn:  Association Management
9002 San Marco Court
Orlando, FL 32819

Discover Financial Services LLC
PO Box 15316
Wilmington, DE 19850


Ditty Containers
2226 N. Rosemead Blvd,
South El Monte, CA 91733


Downs Energy
1296 Magnolia Avenue
Corona, CA 92879

Dun Edwards
4885 East 52nd Street
Los Angeles, CA 90058


Eagle RD Service
3011 E. La Cadena
Riverside, CA 92507


ESBF California LLC
c/o The Guerrini Law Firm
106 South Mentor Avenue
Suite 150
Pasadena, CA 91106

Evalon
7300 Chapman Hwy
Knoxville, TN 37920


Fast Track
c/o The Guerrini Law Firm
106 South Mentor Avenue
Suite 150
Pasadena, CA 91106

Ferguson Enterprise
43244 Rancho Way
Temecula, CA 92590


Financial Indemnity
PO Box 660420
Dallas, TX 75266


Fora Financial West, LLC
242 W. 36th Street, 14th Fl.
New York, NY 10018


Frazee
27355 Jefferson Avenue
Temecula, CA 92590

Frome Developments
151 Kalmus Drive, #F-2
Costa Mesa, CA 92626


Gallagher Rental Inc.
15701 Heron Avenue
La Mirada, CA 90638


GECRB/Sams Club
4125 Windward Plaza
Alpharetta, GA 30005


Gen Services
10255 Philadephia Court
Rancho Cucamonga, CA 91730


Glass Doctor
26019 Jefferson Avenue, #E
Murrieta, CA 92562


Glovalink
11637 Los Nietos Road
Santa Fe Springs, CA 90670


Grandlite
505 South Yorbita Road
City of Industry, CA 91744


Hanks Hardware
41740 Enterprise Circle South
Temecula, CA 92590


HCC Surety Group
601 S. Figueroa Street
Suite 1600
Los Angeles, CA 90017

HCS Electrical Supply
4640 South Decatur Blvd
Las Vegas, NV 89103


Hillcrest, Davidson & Associates
715 N. Glenville Drive, #450
Richardson, TX 75081


Hitachi Capital
800 Connecticut Avenue
Norwalk, CT 06854


Holographics
41695 Date Street, Suite B
Murrieta, CA 92562


Honda Financial Services
PO Box 60001
City of Industry, CA 91716


HUB
41550 Reagan Way
Murrieta, CA 92562


HUB Construction Specialities, Inc.
PO Box 1269
San Bernardino, CA 92402


Illumination
13571 Vaughn Street, #D
San Fernando, CA 91340


IPFS Corp
24711 Network Place
Chicago, IL 60673

James Oldham
4972 Alpen Glow Place NW
Issaquah, WA 98027


Joel Bordes
Truax Group, Inc.
41923 2nd Street, #403
Temecula, CA 92590


John Lockwood, Esq.
Kearns, Brinen & Monaghan
20 E. Division Street
Dover, DE 19901


Johnson Cat
800 E. La Cadena
Riverside, CA 92502


Kevin A. Lipeles, Esq.
Lipeles Law Group, APC
880 Apollo Street, Suite 336
El Segundo, CA 90245


King Equipment LLC
1080 E. Ontario Blvd
Ontario, CA 91761


Kohls/Capital One
PO Box 3115
Milwaukee, WI 53201


Kress Xpress Transportation, Inc.
PO Box 1090
Chino Hills, CA 91709


Lakewood Pipe
10027 Artesia Blvd
Bellflower, CA 90706

Lieberg Oberhansley & Strohmeyer LLP
41911 Fifth Street, Suite 300
Temecula, CA 92590
Attn:  Phil Oberhansley, Esq.


Lonie & Hornback
41951 Remington Avenue, #270
Temecula, CA 92590


Luftman, Heck & Associates, LLP
1958 Sunset Cliff Blvd
San Diego, CA 92107
Attention:  Drew T. Hill


Macys
PO Box 8218
Mason, OH 45040


Mark A. Kirkorsky, Esq.
Mark A. Kirkorsky, P.C.
PO Box 25287
Tempe, AZ 85285


Meridan
41765 Rider Way
Temecula, CA 92590


Michael I. Wayne, Esq.
Gibbs Giden Locher Turner
Senet & Wittbrodt LLP
1880 Century Park East, 12th Fl.
Los Angeles, CA 90067


Mike Lapaglia
PO Box 36
Warren, ID 83671


MSI Production
10895 Thornmint Road, Suite A
San Diego, CA 92127

NAPA
41457 Sanborn Avenue
Temecula, CA 92590


National
1550 East Chestnut Avenue
Santa Ana, CA 92701


Nationstar Mortgage
PO Box 199111
Dallas, TX 75219


Nedco
4200 W. Spring Mountain Road
Las Vegas, NV 89102


Neff Rentals Corporation
6252 South Rainbow, Suite 120
Las Vegas, NV 89118


New Era Lending LLC
North Orange Street, Suite 762
Wilmington, DE 19801


Office Depot
PO Box 630813
Cincinnati, OH 45263


Onesource Distributors LLC
3951 Oceanic Drive
Oceanside, CA 92056


Orange Coast
1015 North Parker Street
Orange, CA 92867

Pacific Western Bank
Cardmember Services
PO Box 6353
Fargo, ND 58125


Pamela J. Scholefield, Esq.
Scholefield Construction Law
10815 Rancho Bernardo Road
Suite 105
San Diego, CA 92127

Paradise
27360 Ynez Road
Temecula, CA 92591


Paradise Chevy
27360 Ynez Road
Temecula, CA 92591


Peggy Marshall
22931 Banbury Court
Murrieta, CA 92562


Penhall
16401 Construction Circle West
Irvine, CA 92606


Penske
PO Box 827380
Philadelphia, PA 19182


Petes Road Service, Inc.
2230 East Orangethorpe Avenue
Fullerton, CA 92831


Pine Tree Lumber Co., LP
707 North Andreasen Drive
Escondido, CA 92029

Postal Anex
30724 Benton Road, #C302
Winchester, CA 92596


Power Trip Rentals, LLC
2501 Orange Avenue
Signal Hill, CA 90755


Pro One Stage
2080 E. Central Avenue, #A
Duarte, CA 91010


Prolien Services
7801 Mission Center Court
Suite 410
San Diego, CA 92108


Protect America Standard
3800 Quick Hill Road, #1-100
Austin, TX 78728


Riverside County
Don Kent, Treasurer
4080 Lemon Street, lst Fl.
Riverside, CA 92502


Riverside County Sheriff's Office
Sheriff's Civil Division - Central
30755-D Auld Road, Suite L067
Murrieta, CA 92563


Robert J. Stroj, Esq.
Lanak & Hanna
625 The City Drive South
Suite 190
Orange, CA 92868


San Diego County
Treasurer Tax Collector
PO Box 129009
San Diego, CA 92112

Sara J. Hamilton, Esq.
The Law Office of Sara J. Hamilton, PC
30 Corporate Park, Suite 211
Irvine, CA 92606


SCE
PO Box 300
Rosemead, CA 91772


Scott A. Schaelen, Esq.
Walters Townsend & Schaelen, APLC
411 Camino Del Rio S, #202
San Diego, CA 92108


Sears/CBNA
PO Box 6282
Sioux Falls, SD 57117


Shaun Hanson, Esq.
Hanson Gorian Bradford & Hanich
25240 Hancock Avenue, Suite 110
Murrieta, CA 92562


Sierra Constellation Partners, LLC
400 S. Hope Street, #2050
Los Angeles, CA 90071


Signature Party Rentals
2211 South Susan Street
Santa Ana, CA 92704


State Insurance Fund
PO Box 7441
San Francisco, CA 94120


Summit Financial Resources, LP
2455 East Parleys Way, Suite 200
Salt Lake City, UT 84109

Sunbelt
3860 Sherman Street
San Diego, CA 92110


Suppose U Drive
3809 San Fernando Road
Glendale, CA 91204


SYNCB/Living Spaces
PO Box 965036
Orlando, FL 32896


The CBE Group, Inc.
1309 Technology Pkwy
Cedar Falls, IA 50613


The Guerrini Law Firm
106 South Mentor Avenue
Suite 150
Pasadena, CA 91106


The Home Depot
PO Box 653002
Dallas, TX 75265


Theresa Crawford Tate, Esq.
Crawford & Bangs, LLP
1290 E. Center Court Drive
Covina, CA 91724


Thomas H. Schelly, Esq.
Lipeles Law Group, APC
880 Apollo Street, Suite 336
El Segundo, CA 90245


Tony Ruiz
5427 Leandra Court
Keyes, CA 95328

Trade Show Electrical
5560 Katela Avenue
Cypress, CA 90630


United Rentals
28377 Felix Valdez Avenue
Temecula, CA 92590


United Site Services
200 Friberg Parkway
Suite 4000
Westborough, MA 01581

US Department of Education
PO Box 7860
Madison, WI 53707


Vegas Electrical
3655 W. Sunset Road
Suite #F
Las Vegas, NV 89118


Verizon
500 Technology Drive
#550
Weldon Spring, MO 63304


Vista Paint
2020 E. Orangethorpe Avenue
Fullerton, CA 92831


Walters Wholesale
10864 Edison Court
Rancho Cucamonga, CA 91730


WAM Software Inc.
280 California Avenue
Reno, NV 89509

Waste Management
PO Box 541065
Los Angeles, CA 90054


Wells Fargo Card Services
PO Box 14517
Des Moines, IA 50306


White Cap
1815 South Ritchey Street
Santa Ana, CA 92705


Wolcott Insurance
1101 California Avenue
Suite 100
Corona, CA 92881